EXHIBIT A

| | |
|---|---|
| 1 | |
| 2 | RICHARD ALEXANDER, Cal. Bar #48432 |
| | JEFFREY W/ RICKARD, Cal. Bar #125180 |
| 3 | RYAN M. HAGAN, Cal Bar #200850 |
| | ALEXANDER, HAWES & AUDET, LLP |
| 4 | 152 North Third Street, Suite 600 |
| | San Jose, CA 95112 |
| 5 | Telephone: (408) 289-1776 |
| | Facsimile: (408) 287-1776 |
| 6 | **Attorneys for Plaintiff(s)** |
| 7 | RANDALL C. CREECH, Cal. Bar #65542 |
| | CREECH, LIEBOW & KRAUS |
| 8 | 333 West San Carlos Street |
| | Suite 1600 |
| 9 | San Jose, CA 95110 |
| 10 | Telephone: (408) 993-9911 |
| | Facsimile: (408) 993-1335 |
| 11 | |
| | THOMAS M. CARNEY, admitted *pro hac vice* |
| 12 | CAROL A. RUTTER, admitted *pro hac vice* |
| | HUSCH & EPPENBERGER, LLC |
| 13 | 190 Carondelet Plaza, Suite 600 |
| | St. Louis, MO 63105-3441 |
| 14 | Telephone: (314) 480-1500 |
| | Facsimile: (314) 480-1505 |
| 15 | **Attorneys for Defendant Olin Corporation** |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | | |
|---|---|---|
| CUPERTINO DEVELOPMENT CORPORATION, a California corporation, | ) ) ) | Case No.: C 03-05201 RMW |
| | ) ) | **STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT OLIN** |
| Plaintiff, | ) ) | **CORPORATION BY PLAINTIFF CUPERTINO DEVELOPMENT** |
| v. | ) ) | **CORPORATION, a California corporation,** |
| OLIN CORPORATION, et al., | ) ) | |
| Defendants. | ) ) | |

    Pursuant to Fed.R.Civ.P. 41(a)(2), Plaintiff Cupertino Development Corporation, a California corporation, and Defendant Olin Corporation hereby request that this Court, pursuant to Fed. R. Civ. P. 41(a)(2), enter an Order dismissing with prejudice all claims

2066192.01
**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiff Cupertino Development Corporation, a California corporation - 1**

asserted by Plaintiff Cupertino Development Corporation, a California corporation, as to defendant Olin Corporation. All parties to bear their own costs and legal fees incurred to date in this action.

Dated: \_\_\_11\\1\_\_\_\_\_, 2005

                        Respectfully submitted,

                        ALEXANDER, HAWES & AUDET, LLP

By: _/s/ Richard D. Alexander_
      RICHARD D ALEXANDER, Cal. Bar #48432
      JEFFREY W/ RICKARD, Cal Bar #125180
      RYAN M. HAGAN, Cal Bar #200850
      152 North Third Street, Suite 600
      San Jose, CA 95112
      Telephone: (408) 289-1776
      Facsimile: (408) 287-1776

Attorneys for Plaintiff Cupertino Development Corporation, a California corporation

HUSCH & EPPENBERGER, LLC

By: __/s/ Carol A. Rutter__
      THOMAS M. CARNEY, admitted *pro hac vice*
      CAROL A. RUTTER, admitted *pro hac vice*
      190 Carondelet Plaza, Suite 600
      St. Louis, MO 63105-3441
      Telephone: (314) 480-1500
      Facsimile: (314) 480-1505

      RANDALL C. CREECH, Cal. Bar #65542
      CREECH, LIEBOW & KRAUS
      333 West San Carlos Street
      Suite 1600
      San Jose, CA 95110
      Telephone: (408) 993-9911
      Facsimile: (408) 993-1335

Attorneys for Defendant Olin Corporation

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| CUPERTINO DEVELOPMENT CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>OLIN CORPORATION, et al.,<br><br>Defendants. | Case No.: C 03-05201 RMW<br><br>**ORDER DISMISSING WITH PREJUDICE DEFENDANT OLIN CORPORATION BY PLAINTIFF CUPERTINO DEVELOPMENT CORPORATION, A CALIFORNIA CORPORATION,** |

THIS MATTER coming on the motion of Plaintiff Cupertino Development Corporation, a California corporation, and Defendant Olin Corporation, for an order of dismissal with prejudice against the defendant OLIN CORPORATION, pursuant to Fed. R. Civ. P. 41(a)(2):

IT IS HEREBY ORDERED

The claims of Plaintiff Cupertino Development Corporation, a California corporation, against Defendant Olin Corporation are dismissed with prejudice, pursuant to Fed. R. Civ. Pro. 41(a)(2). Each party shall bear their own costs and legal fees incurred to date in this action.

DATED: 7/27/06

SO ORDERED:

/s/ Ronald M. Whyte

---

2066192.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiff Cupertino Development Corporation, a California corporation - 3**